No. 187. MANKE *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Mr. Charles H. Sooy* for petitioner. *Solicitor General Thacher* and *Messrs. J. Frank Staley, W. Clifton Stone,* and *Paul D. Miller* for the United States.

No. 190. GOLDSMITH *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Mr. H. Ely Goldsmith, pro se.* No appearance for the United States.

No. 220. KALASANCKAS *v.* HINES, DIRECTOR, U. S. VETERANS' BUREAU. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed *in forma pauperis,* denied. *Mr. Hallock P. Long* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, J. Frank Staley, W. Clifton Stone, Paul D. Miller,* and *J. T. Brady* for respondent.

No. 403. MARCEAUX *v.* POLICE JURY OF VERMILLION PARISH. October 13, 1930. Petition for writ of certiorari to the Court of Appeals, First Circuit, of Louisiana, and motion for leave to proceed *in forma pauperis,* denied.